CO-386-online
10/03

# United States District Court
# For the District of Columbia

Tyler Mechanical Contracting, Inc.  )
)
)
)
                 Plaintiff  )
vs  )
)
Sigal Construction Corporation and  )
Liberty Mutual Insurance Company  )
)
                 Defendant  )

Case: 1:07-cv-01500
Assigned To : Urbina, Ricardo M.
Assign. Date : 8/22/2007
Description: Contract

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Tyler Mechanical Contracting, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Tyler Mechanical Contracting, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC Bar #231597
BAR IDENTIFICATION NO.

Michael Green
Print Name

110 West Road, Suite 222
Address

Towson, MD 21204
City      State      Zip Code

410-823-2222
Phone Number