IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b/o<br>TYLER MECHANICAL CONTRACTING,<br>   INC. | * |
| Plaintiff, | * |
| v. | Case No.: 1:07-cv-01500 RMU |
| SIGAL CONSTRUCTION CORPORATION | * |
| and | |
| LIBERTY MUTUAL INSURANCE COMPANY | * |
| Defendants. | |

\*          \*          \*          \*          \*

## NOTICE OF DISMISSAL

Tyler Mechanical Contracting, Inc. ("Tyler"), Plaintiff, by its attorneys, Michael Green and Margolis, Pritzker, Epstein & Blatt, P.A., hereby gives notice pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure, the above captioned case is hereby dismissed with prejudice as to all claims.

                                                  Respectfully submitted,

                                                /S/<br>
                                      Michael Green    DC Bar #231597<br>
                                      Margolis, Pritzker, Epstein & Blatt, P.A.<br>
                                      110 West Road - Suite 222<br>
                                      Towson, Maryland 21204<br>
                                      (410) 823-2222<br>
                                      Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Notice of Dismissal was served via first class mail, postage prepaid this <u>16th</u> day of May, 2008 to:

>Jeffrey G. Gilmore, Esq.
>AKERMAN SENTERFITT
>WICKWIRE GAVIN
>8100 Boone Boulevard, Suite 700
>Vienna, Virginia 22182

                                           /S/
                                    Michael Green